IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY TAYLOR, | 1:10-cv-01198-SMS (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | OR PAY FILING FEE WITHIN 45 DAYS |
| SUSAN HUBBARD, et al., | (Doc. 2) |
| Defendants. | |

On July 2, 2010, Plaintiff, a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed an incomplete application to proceed in forma pauperis.[1] 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

///

---

[1] The application included only the first page, along with the second page of his complaint.

-1-

1 **Failure to comply with this order will result in a recommendation that this action be**
2 **dismissed.**

4 IT IS SO ORDERED.

5 Dated:   July 19, 2010                              /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE