1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9   TRACY TAYLOR,                          CASE NO. 1:10-cv-01198-SMS PC

10                      Plaintiff,         ORDER DENYING MOTION

11          v.                             (Doc. 17)

12   SUSAN HUBBARD, et al.,

13                      Defendants.
                                        /
14

15          On November 3, 2010, this action was voluntarily dismissed, without prejudice, by Plaintiff

16   Tracy Taylor.  Fed. R. Civ. P. 41(a)(1)(A)(i).  On December 6, 2010, Plaintiff filed a motion seeking

17   to have service of process effected on his behalf.

18          Plaintiff's motion is HEREBY DENIED in light of the closure of this action on November

19   3, 2010.

20
21
22
23   IT IS SO ORDERED.

24   **Dated:    December 8, 2010**            _____**/s/ Sandra M. Snyder**_____
                                             UNITED STATES MAGISTRATE JUDGE
25
26
27
28

1